UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT BOWERY INC, d/b/a TRUNK ARCHIVE<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ZIFF DAVIS LLC<br><br>　　　　　　　　Defendant(s). | Case No. 1:22-cv-08230-AKH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Great Bowery Inc., d/b/a trunk Archive and or their counsel, hereby give notice that the above captioned action is voluntarily dismissed against the Ziff Davis LLC., with prejudice, and with each side to bear their own costs.

DATED: December 28, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**s/ Taryn Rose Murray**
　　　　　　　　　　　　　　　　　　　　Taryn Rose Murray, Esq.
　　　　　　　　　　　　　　　　　　　　SDNY #5888896
　　　　　　　　　　　　　　　　　　　　**HIGBEE & ASSOCIATES**
　　　　　　　　　　　　　　　　　　　　1504 Brookhollow Dr., Ste 112
　　　　　　　　　　　　　　　　　　　　Santa Ana, CA 92705-5418
　　　　　　　　　　　　　　　　　　　　(714) 617-8340
　　　　　　　　　　　　　　　　　　　　(714) 597-6559 facsimile
　　　　　　　　　　　　　　　　　　　　tmurray@higbeeassociates.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*